IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR MESA, JR., | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 4:CV-16-1222 |
| WARDEN C. MAIORANA, | : | (Judge Brann) |
| Respondent | : | |

## ORDER

August 3, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Mesa's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

　s/ Mathew W. Brann　
Matthew W. Brann
United States District Judge

1